BENJAMIN B. WAGNER
United States Attorney
TOSS A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

SEALED

FILED
OCT - 3 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

TINA MARIE BINI, AND
MATTHEW LEE BOYLE,

          Defendants.

CASE NO. 2:13-CR-0332 GEB

ORDER TO SEAL
(UNDER SEAL)

The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Todd A. Pickles to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated:

_____
HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge