DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**TINA BINI**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0332 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| vs. | DATE: June 13, 2014<br>TIME: 9:00 AM |
| TINA BINI, | JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Todd A. Pickles, Assistant U.S. Attorney, and defendant Tina Bini, by and through her attorney, Dan Koukol, that the status conference of June 13, 2014 be vacated and that a status conference be set for July 25, 2014 at 9:00 AM.

This continuance is being requested because the parties need additional time to discuss the case with the government and negotiate plea agreements.

//

//

//

//

-1-

Counsel agree that the time between the signing of the requested order and July 25, 2014 will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: JUNE 9, 2014            Respectfully submitted,

/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Tina Bini

DATED: JUNE 9, 2014            Respectfully submitted,

/s/ DAN KOUKOL FOR TODD A. PICKLES
_____
TODD A. PICKLES
Assistant U.S. Attorney

**IT IS SO ORDERED,** that the status conference in the above-entitled matter, scheduled for June 13, 2014, be vacated and the matter continued to July 25, 2014 at 9:00 AM for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: June 9, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge