1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:13-CR-332 GEB
12 |                  Plaintiff,       | STIPULATION REGARDING EXCLUDABLE
   |                                   | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |          v.                       | [PROPOSED] FINDINGS AND ORDER
14 | TINA MARIE BINI,
   | ,
15 |
   |                  Defendant.
16

17                        **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant Tina

19 Marie Bini, by and through her counsel of record, hereby stipulate as follows:

20     1.   By previous order, this matter was set for status on July 25, 2014.

21     2.   By this stipulation, defendants now move to continue the status conference until August

22 29, 2014 and to exclude time between July 25, 2014 and August 29, 2014 under Local Code T4.  The

23 United States does not oppose this request.

24     3.   The parties agree and stipulate, and request that the Court find the following:

25        a)   The United States has represented that the discovery associated with this case

26 includes investigative reports and wiretap applications in electronic form constituting approximately

27 4000 pages of documents.  The United States also represents that the discovery includes approximately

28

Stipulation and Proposed Order re: Continuance of         1
Status Hearing and Exclusion of Time

20 CDs of audio recordings, including intercepted communications, and transcripts and line reports. All of this discovery has been produced directly to counsel.

   b) On or around June 20, 2014, the United States provided a plea offer to counsel for the defendant at the defendant's request.

   c) Counsel for defendant desires additional time to consult with his client, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his client, and to otherwise prepare for trial.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The United States does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 25, 2014 to August 29, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Proposed Order re: Continuance of Status Hearing and Exclusion of Time   2

1    IT IS SO STIPULATED.

2  Dated: July 24, 2014                        BENJAMIN B. WAGNER
                                               United States Attorney
3
                                               */s/ Todd A. Pickles*
4                                              TODD A. PICKLES
                                               Assistant United States Attorney
5

6  Dated: July 24, 2014                        */s/ Todd A. Pickles for*
                                               DANIEL KOUKOL, ESQ.
7                                              Counsel for Defendant Tina Bini

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: July 24, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge