JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
MATTHEW BOYLE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-13-332--GEB |
| ) | |
| PLAINTIFF, ) | AGREEMENT AND STIPULATION |
| ) | BETWEEN THE PARTIES |
| v. ) | REGARDING CONTINUING THE |
| ) | STATUS CONFERENCE AND |
| MATTHEW BOYLE, et al., ) | EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT AND |
| ) | [PROPOSED] FINDINGS AND |
| ) | ORDER |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by and through its counsel of record, and defendant Tina Marie Bini by and through her counsel of record, Mr. Dan Koukol, and Matthew Boyle by and through his counsel of

Agreement and Stipulation to Continue Status to Friday October 3, 2014 - 1

record, Mr. James R. Greiner, hereby agree and stipulate as follows[1]:

>   1- By previous order (See Docket numbers 35 and 36) this matter was set for status on Friday, August 29, 2014[2];
>
>   2- By this agreement and stipulation, both defendants now move to continue the status conference presently set for Friday, August 29, 2014, to Friday, October 3, 2014and to exclude time between Friday, August 29, 2014 and to and including Friday, October 3, 2014, for reasonable and necessary attorney preparation exercising due diligence under Local Code T4.
>
>   3- The United States does not oppose this request.
>
>   4. The parties agree and stipulate and request that the Court find the following:
>
>   a) The United States has represented that the discovery associated with this case includes investigative reports and wiretap applications in electronic form constituting approximately 4,000 pages of documents. The United States also represents that the discovery includes approximately 20 CD's of audio recordings,

---

[1] The government has requested the use of this format for Continuances and Exclusions of time under the Speedy Trial Act

[2] The government filed in Docket number 37, that time be excluded under the Speedy Trial Act as to defendant Matthew Boyle from July 25, 2014 to and including August 29, 2014 (See Docket number 37) and the defendant Matthew Boyle agrees that time should be excluded pursuant to the government's filing in Docket number 37

Agreement and Stipulation to Continue Status to Friday October 3, 2014 - 2

including intercepted communications, and transcripts and line reports. All of this discovery has been produced directly to counsel[3];

b) On or around June 20, 2014, the United States provided a plea offer to counsel for Tini Bini, and a written plea offer has been extended to defendant Matthew Boyle;

c) Counsel for each defendant desires additional time to consult with his client, to conduct investigation and research related to the charges in the Indictment, to review discovery for this matter, to discuss potential resolutions with their respective clients, to review the Advisory Sentencing Guidelines and review the Advisory Sentencing Guidelines with their respective clients and to prepare for resolution of this matter either by way of plea or trial;

d) Defendant Matthew Boyle has just had this Court appoint new counsel as of August 18, 2014 (See Docket number 39) and new counsel needs additional time for all of the reasons stated herein in order to adequately represent defendant Matthew Boyle under the Constitution[4]

---

[3] The United States directly produced discovery to Matthew Boyle's prior attorney, Mr. Carl Larson, and Mr. Carl Larson has forwarded the discovery to his present counsel. No discovery has been forwarded directly from the United States to Matthew Boyle's present counsel.

[4] Counsel for co-defendant Bini has been counsel of record for approximately 8 months and over 3 weeks, whereas new counsel for defendant Matthew Boyle has been counsel for a week.

Agreement and Stipulation to Continue Status to Friday October 3, 2014 - 3

  e) Counsel for both defendants represent to this Court that failure to grant the above-requested continuance would deny counsel for both defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

  f) The United States does not object to the continuance;

  g) Based on the above stated finding, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  h) For the purpose of computing time under the Speedy Trial Act Title 18 U.S.C. section 3161, et seq., within which trial must commence, the time period of August 29, 2014 to and including October 3, 2014, inclusive, is deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(A), B(iv) [Local Code T-4] because it results from a continuance granted by the Court at the defendant' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Agreement and Stipulation to Continue Status to Friday October 3, 2014 - 4

```
     The parties have given authority to James R.
Greiner to sign on their behalf.

     IT IS SO AGREED TO AND SO STIPULATED TO;


DATED: 8-25-14    BENJAMIN B. WAGNER
                  United States Attorney


                  /s/ TODD A. PICKLES
                  _____
                  TODD A. PICKLES
                  Assistant United States Attorney

DATED; 8-25-14    DAN KOUKOL, Esq.


                  /s/ DAN KOUKOL
                  _____
                  DANIEL KOUKOL, ESQ.
                  Attorney for Defendant
                  Tina Bini


DATED: 8-25-14    /s/ James R. Greiner

                  _____
                  James R. Greiner
                  Attorney for Defendant
                  Matthew Boyle
```

Agreement and Stipulation to Continue Status to Friday October 3, 2014 - 5

**IT IS SO FOUND AND ORDERED.**

Dated:  August 26, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Agreement and Stipulation to Continue Status to Friday October 3, 2014 - 6