CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  916.446.9322
FAX:  916.446.0770
E mail:  c.fry@att.net

Attorney for TINA MARIE BINI,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TINA MARIE BINI and<br>MATTHEW LEE BOYLE,<br><br>  Defendants. | No. 2:13-CR-0332-GEB<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; (PROPOSED) FINDINGS AND ORDER** |
|---|---|

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, as follows:

1. By previous order, this matter was set for status on January 16, 2015.

2. By this stipulation, defendants now move to continue the status conference until February 27, 2015, and to exclude time between January 16, 2015, and February 27, 2015, under Local Code T4.

3. The parties agree and stipulate and request that the Court find the following:

    a. The Government has represented that discovery associated with this case consists of 25 DVD/CD's containing  Bates Nos. 0001 – 04115, and Nos. BB0001 - 00197.   All of this discovery has been produced directly to counsel.

1

    b. Counsel for defendants desire additional time to review discovery, consult with their clients, continue to conduct investigation and research related to the charges, discuss potential resolutions with the Government and with their clients and to otherwise prepare the case. Further, counsel for defendant Bini will be out of office for the month of January in light of medical issues. Counsel for defendants believe that failure to grant the above-requested continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The Government does not object to the continuance.

    d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. Section 3161, et seq., within which trial must commence, the time period of January 16, 2015, to February 27, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. Section 3161(h)(7)(A), B(iv) (Local Code T4) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: December 18, 2014 | /s/  Candace A. Fry |
| 2 | | CANDACE A. FRY, Attorney for<br>TINA MARIE BINI, Defendant |
| 3 | | |
| 4 | Dated: December 18, 2014 |   /s/  Candace A. Fry for |
| 5 | | JAMES R. GREINER, Attorney for<br>MATTHEW LEE BOYLE, Defendant |
| 6 | | |
| 7 | Dated: December 18, 2014 | BENJAMIN B. WAGNER,<br>United States Attorney |
| 8 | | |
| 9 | | By   /s/  Candace A. Fry for |
| 10 | | TODD A. PICKLES,  Assistant<br>United States Attorney |
| 11 | | |
| 12 | | (Signed for Mr. Greiner and Mr. Pickles<br>with their prior authorization) |

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: December 19, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3