CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  916.446.9322
FAX:  916.446.0770
E mail:  c.fry@att.net

Attorney for TINA MARIE BINI,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TINA MARIE BINI and<br>MATTHEW LEE BOYLE,<br><br>Defendants. | No. 2:13-CR-0332-GEB<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; (PROPOSED) FINDINGS AND ORDER** |
|---|---|

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, as follows:

1. By previous order, this matter was set for status on April 17, 2015.
2. By this stipulation, defendants now move to continue the status conference until May 29, 2015, and to exclude time between April 17, 2015, and May 29, 2015, under Local Code T4.
3. The parties agree and stipulate and request that the Court find the following:
   a. The Government has represented that discovery associated with this case consists of 25 DVD/CD's containing Bates Nos. 0001 – 04115, and Nos. BB0001 - 00197.  All of this discovery has been produced directly to counsel.

    b. Counsel for defendants desire additional time to review discovery, consult with their clients, continue to conduct investigation and research related to the charges, discuss potential resolutions with the Government and with their clients and to otherwise prepare the case. Counsel for defendants believe that failure to grant the above-requested continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The Government does not object to the continuance.

    d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. Section 3161, et seq., within which trial must commence, the time period of April 17, 2015, to May 29, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. Section 3161(h)(7)(A), B(iv) (Local Code T4) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

///

1  Dated: April 9, 2015                    /s/   Candace A. Fry
2                                          CANDACE A. FRY, Attorney for
                                           TINA MARIE BINI, Defendant
3

4  Dated: April 9, 2015                     /s/  Candace A. Fry for
                                           JAMES R. GREINER, Attorney for
5                                          MATTHEW LEE BOYLE, Defendant

6

7  Dated: April 9, 2015                   BENJAMIN B. WAGNER,
                                          United States Attorney
8

9                                         By   /s/  Candace A. Fry for
                                          TODD A. PICKLES,  Assistant
10                                        United States Attorney

11
                                          (Signed for Mr. Greiner and Mr. Pickles
12                                        with their prior authorization)

13

14                              **O R D E R**

15

16         IT IS SO FOUND AND ORDERED.
   Dated: April 14, 2015
17

18

19                                        _____
                                          GARLAND E. BURRELL, JR.
20                                        Senior United States District Judge

21

22

23

24

25

26

27

28

3