1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO. 2:13-CR-332 GEB

12                 Plaintiff,                STIPULATION REGARDING EXCLUDABLE
                                             TIME PERIODS UNDER SPEEDY TRIAL ACT;
13         v.                                [PROPOSED] FINDINGS AND ORDER

14 TINA MARIE BINI, and
   MATTHEW LEE BOYLE,
15
                   Defendants.
16

17                                    **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendants Tina

19 Marie Bini and Matthew Lee Boyle, by and through their counsel of record, hereby stipulate as follows:

20     1.   By previous order, this matter was for a status and change of plea hearing on June 12,

21 2015.

22     2.   By this stipulation, defendants now move to continue the status and change of plea

23 hearing until June 19, 2015 and to exclude time between June 12, 2015 and June 19, 2015 under Local

24 Code T4. The United States does not oppose this request.

25     3.   The parties agree and stipulate, and request that the Court find the following:

26         a)   The United States has represented that the discovery associated with this case

27 includes investigative reports and wiretap applications in electronic form constituting approximately

28

Stipulation and Proposed Order re: Continuance of        1
Status Hearing and Exclusion of Time

1600 pages of documents.  The United States also represents that the discovery includes approximately 20 CDs of audio recordings, including intercepted communications, and transcripts and line reports.  All of this discovery has been produced directly to counsel.

   b) Counsel for defendants desire additional time to consult with their clients in order to finalize the terms of plea agreements which have been provided by the United States.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The United States does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 12, 2015 through June 19, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated:  June 9, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and Proposed Order re: Continuance of Status Hearing and Exclusion of Time 2

IT IS SO STIPULATED.

Dated: June 9, 2015                    BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  */s/ Todd A. Pickles*
                                                  TODD A. PICKLES
                                                  Assistant United States Attorney

Dated: June 9, 2015                    */s/ Todd A. Pickles for*
                                                  CANDACE FRY, ESQ.
                                                 Counsel for Defendant Tina Bini

Dated: June 9, 2015                    */s/ Todd A. Pickles for*
                                                  JAY GREINER, ESQ.
                                                 Counsel for Defendant Matthew Boyle

**ORDER**

IT IS SO FOUND AND ORDERED this _____ day of _____, 2015

_____
HONORABLE GARLAND E. BURRELL, JR.

UNITED STATES DISTRICT JUDGE