JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
MATTHEW BOYLE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-13-332--GEB |
| ) | |
| PLAINTIFF, ) | AGREEMENT AND STIPULATION |
| ) | BETWEEN THE PARTIES |
| v. ) | REGARDING CONTINUING THE |
| ) | JUDGMENT AND SENTENCING |
| MATTHEW BOYLE, et al., ) | DATE TO FRIDAY, |
| ) | DECEMBER 11, 2015 AND |
| ) | [PROPOSED] ORDER |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by and through its counsel of record, Mr. Todd A. Pickles, and defendant Tina Marie Bini by and through her counsel of record, Ms. Candace A. Fry, and Matthew Boyle by and

Agreement and Stipulation to Continue Judgment and Sentencing to Friday, December 11, 2015 as to both Defendants - 1

through his counsel of record, Mr. James R. Greiner, hereby agree and stipulate as follows:

> 1- By previous order (See Docket numbers 62 and 77) this matter was set for Judgment and Sentencing on Friday, October 30, 2015, as to both defendants;
>
> 2- By this agreement and stipulation, both the government and both the defendants now move to continue the Judgment and Sentencing to Friday, December 11, 2015.
>
> 3- The United States joins in this request.
>
> 4. The government needs more time to file documents with the Court and the defense will need more time once those documents are filed to review them, discuss them with their respective clients and file, if needed, any documents with the Court.

The parties have given authority to James R. Greiner to sign on their behalf.

IT IS SO AGREED TO AND SO STIPULATED TO;

DATED: 10-29-15   BENJAMIN B. WAGNER
                  United States Attorney

Agreement and Stipulation to Continue Judgment and Sentencing to Friday, December 11, 2015 as to both Defendants - 2

```
                /s/ TODD A. PICKLES
                _____
                TODD A. PICKLES
                Assistant United States Attorney

DATED: 10-29-15

                /s/ CANDACE FRY
                _____
                CANDACE FRY, ESQ.
                Attorney for Defendant
                Tina Bini

DATED: 10-29-15    /s/ James R. Greiner

                   _____
                   James R. Greiner
                   Attorney for Defendant
                   Matthew Boyle
```

(Proposed)**ORDER**

**FOR GOOD CAUSE SHOWN**

Agreement and Stipulation to Continue Judgment and Sentencing to Friday, December 11, 2015 as to both Defendants - 3

**IT IS SO FOUND AND ORDERED.**

Dated:   October 30, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Agreement and Stipulation to Continue Judgment and Sentencing to Friday, December 11, 2015 as to both Defendants - 4