JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
MATTHEW BOYLE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-13-332--GEB |
| ) | |
| PLAINTIFF, ) | AGREEMENT AND STIPULATION |
| ) | BETWEEN THE PARTIES |
| v. ) | REGARDING CONTINUING THE |
| ) | JUDGMENT AND SENTENCING |
| MATTHEW BOYLE, et al., ) | DATE TO FRIDAY, |
| ) | JANUARY 22, 2016 AND |
| ) | [PROPOSED] ORDER |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

Plaintiff United States of America, by and through its counsel of record, Mr. Todd A. Pickles, and defendant Tina Marie Bini by and through her counsel of record, Ms. Candace A. Fry, and Matthew Boyle by and

Agreement and Stipulation to Continue Judgment and Sentencing to Friday, January 22, 2016 as to both Defendants - 1

through his counsel of record, Mr. James R. Greiner, hereby agree and stipulate as follows:

    1- By previous order (See Docket number 80) this matter was set for Judgment and Sentencing on Friday, December 11, 2015, as to both defendants;

    2- By this agreement and stipulation, both the government and both the defendants now move to continue the Judgment and Sentencing to Friday, January 22, 2016.

    3- The United States joins in this request.

    4. This gives the defense sufficient time to monitor whether Congress will pass any legislation effecting the Advisory Sentencing Guidelines. This will allow all parties to monitor Congress and then the government needs time to file documents with the Court and the defense will need more time once those documents are filed to review them, discuss them with their respective clients and file, if needed, any documents with the Court.

The parties have given authority to James R. Greiner to sign on their behalf.

IT IS SO AGREED TO AND SO STIPULATED TO;

Agreement and Stipulation to Continue Judgment and Sentencing to Friday, January 22, 2016 as to both Defendants - 2

```
DATED: 12-4-15      BENJAMIN B. WAGNER
                    United States Attorney


                    /s/ TODD A. PICKLES
                    _____
                    TODD A. PICKLES
                    Assistant United States Attorney

DATED: 12-4-15

                    /s/ CANDACE FRY
                    _____
                    CANDACE FRY, ESQ.
                    Attorney for Defendant
                    Tina Bini

DATED: 12-4-15      /s/ James R. Greiner

                    _____
                    James R. Greiner
                    Attorney for Defendant
                    Matthew Boyle
```

Agreement and Stipulation to Continue Judgment and Sentencing to Friday, January 22, 2016 as to both Defendants - 3

**ORDER**

**Since the parties agree to continue the Judgment and Sentencing to January 22, 2016, commencing at 9:00 a.m., Judgment and Sentencing is rescheduled as requested.  However, notwithstanding the parties' stipulated reasons for this rescheduling, those reasons are not adopted as a basis for this rescheduling.**

**Dated:  December 7, 2015**

GARLAND E. BURRELL, JR.
Senior United States District Judge