UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-00332-GEB |
| Plaintiff, | |
| v. | **ORDER DENYING SEALING REQUESTS** |
| TINA MARIE BINI, MATTHEW LEE BOYLE, | |
| Defendants. | |

On January 21, 2016, the government submitted for in camera consideration as to each Defendant the following documents: a request to seal, the document sought to be sealed, and a proposed sealing order. The government filed on the public docket a "Notice of Request to Seal" in connection with each sealing request, in which it states: "Pursuant to Local Rule 141 of the Eastern District of California, the United States hereby gives notice that it has submitted a Request to Seal Document(s) regarding the above-captioned matter." (Notices of Reqs. to Seal, ECF Nos. 84-85.)

Local Rule 141(b) prescribes that the publicly filed Notices

> shall describe generally the documents sought to be sealed, the basis for sealing, the manner in which the "Request to Seal Documents," proposed order, and the documents themselves were submitted to the Court, and

1

    whether the Request, proposed order, and documents were served on all other parties.

E.D. Cal. R. 141(b).

    The government's Notices do not satisfy any of these requirements. Therefore, the sealing requests are DENIED. Further, the documents submitted to chambers for in camera consideration are treated as having been returned to the government under the rationale of Local Rule 141(e)(1), which states: "If a [sealing r]equest is denied in full or in part, the Clerk will return to the submitting party the documents for which sealing has been denied." See also United States v. Baez-Alcaino, 718 F. Supp. 1503, 1507 (M.D. Fla. 1989) (indicating that when a judge denies a sealing request, the party submitting the request then decides how to proceed in light of the ruling).

Dated: January 21, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge